FLORENCE K. SCOTT, Respondent, *v.* GRAHAM SCOTT, Appellant.

*Appeal — motion for sequestration of property and appointment of receiver to collect alimony — appeal to Court of Appeals from order of Appellate Division reversing on law and facts order denying motion and granting same, dismissed.*

*Scott* v. *Scott,* 219 App. Div. 451, appeal dismissed.

(Argued December 6, 1927; decided January 10, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 10, 1927, which reversed on the law and the facts an order of Special Term denying a motion by plaintiff for sequestration of property of defendant and the appointment of a receiver to collect alimony and granted said motion.

*Harry C. Miller* and *Howard A. Rochford* for appellant.
*A. Walker Otis* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.